| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>MICHAEL, JAMES H | 2. Court or Organization<br><br>U.S. DISTRICT COURT, WDVA | 3. Date of Report<br><br>5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U.S. DISTRICT JUDGE | 5. ReportType (check appropriate type)<br><br>◉ Nomination, Date<br><br>◉ Initial    ◉ Annual    ◉ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>ROOM 320<br>255 WEST MAIN STREET<br>CHARLOTTESVILLE, VA 22902 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | University of Virginia Medical School Foundation |
| 2. Executor | Estate #1, See VII. Note |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 17 A 10: 56 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MICHAEL, JAMES H | 5/11/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Virginia Supplemental Retirement System Retired Pay | 3784.17 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION - | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MICHAEL, JAMES H | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A- | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BB&T, Savings, Charlottesville, VA | A | Interest | J | T | | | | | |
| 2. Department of Treasury T-Bill, | C | Interest | M | T | | | | | |
| 3. Virginia National Bank, account, Charlottesville, VA | A | Interest | K | T | | | | | |
| 4. SunTrust, Savings, Charlottesville, VA | A | Interest | J | T | | | | | |
| 5. Exxon Corp. | A | Dividend | J | T | | | | | |
| 6. Chevron Texaco Corp.* | A | Dividend | J | T | | | | | |
| 7. First Virginia Bank | A | Dividend | J | T | | | | | |
| 8. BB&T * | A | Dividend | J | T | | | | | |
| 9. Bank of America Corp. | A | Dividend | K | T | Partial Sale | 2/10 | J | A | |
| 10. Enzo Biochem, Inc.* | | | | | Sell | 2/10 | J | A | |
| 11. Brokerage Account #1* | | | | | | | | | |
| 12. - Salomon SmithBarney (banking, money mkt)* | A | Interest | J | T | | | | | |
| 13. - Treasury Bills/Notes *(aggregate)** | C | Interest | M | T | Parial Sale | 2/6 | K | D | |
| 14. Brokerage Account #2* | | | | | Closed | 3/13 | J | | |
| . - Prudential Securities Technology Funds* | | | | | Sell | 2/18 | J | A | |
| . * These assets are part of m█████s estate. See VIII. Note | | | | | | | | | |
| . ** Consolidated all Brokerage Account Treasuries | | | | | | | | | |

Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | MICHAEL, JAMES H | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VII. My ████████████████ died on December 29, 2002. I am the Executor of the Estate and am still in the process of closing her Estate. My plan is to have this accomplished during 2004 so that my Financial Disclosure Report for 2004 will not reflect any further activity nor contain items which are part of her Estate. The items in Section VII have an "*" to indicate those assets which are part of her Estate, for which I am not a beneficiary. Thus, when the Estate is closed, most of these assets will not appear.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>MICHAEL, JAMES H | Date of Report<br><br>5/11/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date _11 May 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544